**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN - EDMI

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wholesale Car Buying LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3008876** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3305 E. Washington Road**<br>**Saginaw, MI 48601**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saginaw**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **chris@wcbsales.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

| Debtor | **Wholesale Car Buying LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Wholesale Car Buying LLC**      Case number *(if known)* _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Wholesale Car Buying LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2025**
            MM / DD / YYYY

**X** **/s/ Christoper Robinson**                  **Christoper Robinson**
    Signature of authorized representative of debtor         Printed name

Title    **owner**

---

**18. Signature of attorney**

**X** **/s/ George E. Jacobs**            Date   **January 13, 2025**
    Signature of attorney for debtor                 MM / DD / YYYY

**George E. Jacobs P36888**
Printed name

**Bankruptcy Law Offices**
Firm name

**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
Number, Street, City, State & ZIP Code

Contact phone   **(810) 720-4333**     Email address   **george@bklawoffice.com**

**P36888 MI**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re  **Wholesale Car Buying LLC**                              Case No. _____

                                     Debtor(s)          Chapter    **11**    _____

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]    **FLAT FEE**

    A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

    [ **X** ]    **RETAINER**

    A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **8,262.00**

    B.    The undersigned shall bill against the retainer at an hourly rate of $ **350.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **1,738.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    E.    Reaffirmations;

    F.    Redemptions;

    G.    Other:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

    A.    **XX**    Debtor(s)' earnings, wages, compensation for services performed

    B.    _____    Other (describe, including the identity of payor) _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:  **January 13, 2025**                                          **/s/ George E. Jacobs**

                                                                                    Attorney for the Debtor(s)
                                                                                    **George E. Jacobs**
                                                                                    **Bankruptcy Law Offices**
                                                                                    **2425 S. Linden Rd.**
                                                                                    **Ste. C**
                                                                                    **Flint, MI 48532**
                                                                                    **(810) 720-4333**
                                                                                    **george@bklawoffice.com**
                                                                                    **P36888 MI**

Agreed:  **/s/ Christoper Robinson**
         **Christoper Robinson**
         Debtor                                                        Debtor

**Fill in this information to identify the case:**

Debtor name    **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2025**     X **/s/ Christoper Robinson**
                                                   Signature of individual signing on behalf of debtor

                                                   **Christoper Robinson**
                                                   Printed name

                                                   **owner**
                                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................  $    **159,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................  $    **275,394.79**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................  $    **434,394.79**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **1,231,678.84**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$    **111,077.00**

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b

    $    **1,342,755.84**

**Fill in this information to identify the case:**

Debtor name      **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st State Bank** | **business checking** | | **$100.00** |
| 3.2. | **Frankenmut Credit Union** | **business checking** | | **$8,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$8,100.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor    **Wholesale Car Buying LLC**         Case number *(If known)* _____
Name

| 11a. 90 days old or less: | 29,600.00 | - | 0.00 | = .... | $29,600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$29,600.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** misc. used tires, oils, filters, and cleaning supplies | | $0.00 | Liquidation | $1,000.00 |

**23.**    **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

    **$1,000.00**

**24.**    **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

25-20043-dob    Doc 1    Filed 01/13/25    Entered 01/13/25 13:47:36    Page 11 of 46

Debtor **Wholesale Car Buying LLC**         Case number *(If known)* _____
     Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **misc. desks, chairs, telephone and computer** | **$0.00** | **Liquidation** | **$1,500.00** |

**40.**     **Office fixtures**

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$1,500.00** |

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2012 Chrysler 200** | **$0.00** | **Liquidation** | **$3,000.00** |
| 47.2.  **2014 Kia Forte EX** | **$0.00** | **Liquidation** | **$3,025.00** |
| 47.3.  **2014 Hyundai Veloster** | **$0.00** | **Liquidation** | **$1,000.00** |
| 47.4.  **2017 Volkswagon Jetta** | **$0.00** | **Liquidation** | **$5,825.00** |
| 47.5.  **2013 Hyundai Santa Fe AWD** | **$0.00** | **Liquidation** | **$1,000.00** |
| 47.6.  **2017 Hyundai Elantra** | **$0.00** | **Liquidation** | **$2,000.00** |

Debtor    **Wholesale Car Buying LLC**                    Case number *(If known)* _____
           Name

| 47.7. | **1980 Chevy El Camino** | $0.00 | Liquidation | $7,000.00 |
|---|---|---|---|---|
| 47.8. | **1973 Dodge Challenger** | $0.00 | Liquidation | $15,000.00 |
| 47.9. | **2021 Silver Accent** | $0.00 | | $9,838.08 |
| 47.10. | **2020 Mar GR Cherokee** | $0.00 | Liquidation | $19,324.18 |
| 47.11. | **2020 Blue Malibu** | $0.00 | Liquidation | $8,090.20 |
| 47.12. | **2020 Grand Cherokee** | $0.00 | Liquidation | $14,138.50 |
| 47.13. | **2019 Gray Accent** | $0.00 | Liquidation | $8,071.64 |
| 47.14. | **2021 BLue Trax** | $0.00 | Liquidation | $13,369.90 |
| 47.15. | **2020 Brow Equinox** | $0.00 | Liquidation | $16,185.74 |
| 47.16. | **2017 White Transit** | $0.00 | Liquidation | $16,185.74 |
| 47.17. | **2019 Maroon Cherokee** | $0.00 | Liquidation | $15,135.90 |
| 47.18. | **2020 Silver Traxx** | $0.00 | Liquidation | $15,744.33 |
| 47.19. | **2021 White Trailblazer** | $0.00 | Liquidation | $17,805.49 |
| 47.20. | **2020 White Optima** | $0.00 | Liquidation | $7,662.21 |
| 47.21. | **2021 White Forte** | $0.00 | Liquidation | $7,463.79 |
| 47.22. | **2018 Silver Pacifica** | $0.00 | Liquidation | $7,706.30 |
| 47.23. | **2017 Blue Cruze** | $0.00 | Liquidation | $4,284.66 |
| 47.24. | **2016 Silver Focus** | $0.00 | Liquidation | $3,600.57 |

Debtor   **Wholesale Car Buying LLC**                     Case number (If known) _____
         Name

47.25
.        **2020 White Corolla**                 $0.00    Liquidation              $10,237.56

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**
         **misc. tools**                         $0.00    Liquidation              $2,500.00

51.      **Total of Part 8.**                                                    $235,194.79

         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ■ No
         ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

Part 9:   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3305 E. Washington Rd., Saginaw, MI 48601** | **fee owner** | $0.00 | **Comparable sale** | $159,000.00 |

56.      **Total of Part 9.**                                                    $159,000.00

         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
         Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
         ■ No
         ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

Debtor      **Wholesale Car Buying LLC**                        Case number *(If known)* _____
            Name

---

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

---

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

---

Debtor    **Wholesale Car Buying LLC**                            Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $235,194.79 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $159,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $275,394.79 | + 91b. $159,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $434,394.79 |

25-20043-dob    Doc 1    Filed 01/13/25    Entered 01/13/25 13:47:36    Page 16 of 46

**Fill in this information to identify the case:**

Debtor name    **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  AFC**<br>Creditor's Name<br><br>**11299 illinois St.**<br>**Carmel, IN 46032**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**floor plan  7 cars**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69,237.00 | $69,237.00 |
| **2.2  Atipana Credit Fund**<br>Creditor's Name<br>**25 SE 2nd Ave., Ste. 550**<br>**PMB 79**<br>**Miami, FL 33131**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**all asset filing, UCC**<br><br><br>Describe the lien<br>**MCA loans**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $70,950.00 | $0.00 |

Debtor    **Wholesale Car Buying LLC**       Case number (if known) _____
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BCA Capital** | Describe debtor's property that is subject to a lien | $128,500.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**all asset filing**

**100 Merrick Rd. #W212**
**Rockville Centre, NY 11570**

Creditor's mailing address

**Describe the lien**
**MCA loans**

**info@ny-sca.com**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Choice Financial** | Describe debtor's property that is subject to a lien | $288,239.00 | $228,239.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**floor plan/19 vehicles**

**2505 Ardmore Street SE**
**Grand Rapids, MI 49506**

Creditor's mailing address

**Describe the lien**
**vehicle liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $159,000.00 | $159,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**3305 E. Washington Rd., Saginaw, MI 48601**

**P.O. Box 209**
**Frankenmuth, MI 48734**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No

Debtor **Wholesale Car Buying LLC**                        Case number (if known) _____

Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $9,836.08 | $9,836.08 |

Creditor's Name
**2021 Silver Accent**

**P.O. Box 209
Frankenmuth, MI 48734**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $19,234.18 | $19,234.18 |

Creditor's Name
**2020 Mar Grand Cherokee**

**P.O. Box 209
Frankenmuth, MI 48734**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $8,090.20 | $8,090.20 |

Debtor **Wholesale Car Buying LLC**                                    Case number (if known) _____
       Name

| | |
|---|---|
| Creditor's Name | **2020 Chevy Malibu** |
| **P.O. Box 209** | |
| **Frankenmuth, MI 48734** | |
| Creditor's mailing address | **Describe the lien** |
| | **Auto PMSI** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.9 **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $14,138.53 | $14,138.53 |
| Creditor's Name | **2020 Cherokee** | | |
| **P.O. Box 209** | | | |
| **Frankenmuth, MI 48734** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Auto PMSI** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.10 **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $8,071.64 | $8,071.64 |
| Creditor's Name | **2019 Accent** | | |
| **P.O. Box 209** | | | |
| **Frankenmuth, MI 48734** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Auto PMSI** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Debtor **Wholesale Car Buying LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.1 1**

**Frankenmuth Credit Union**
Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Blue Trax**

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$13,369.90    $13,369.90

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.1 2**

**Frankenmuth Credit Union**
Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2020 Chevy Equinox**

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$16,185.74    $16,185.74

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.1 3**

**Frankenmuth Credit Union**
Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 Transit van**

**Describe the lien**

$16,185.74    $16,185.74

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 11

Debtor __Wholesale Car Buying LLC_____      Case number (if known) _____
Name

**Auto PMSI**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $15,135.92 | $15,135.92 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**

**2019 Cherokee**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $15,744.33 | $15,744.33 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**

**2020 Silver Trax**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Wholesale Car Buying LLC**
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | **Frankenmuth Credit Union** | | | $17,805.49 | $17,805.49 |
|---|---|---|---|---|---|

**Frankenmuth Credit Union**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 Chevy Trailblazer**

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

Describe the lien
**Auto PMSI**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 7 | **Frankenmuth Credit Union** | | | $7,662.21 | $7,662.21 |
|---|---|---|---|---|---|

**Frankenmuth Credit Union**
Creditor's Name

Describe debtor's property that is subject to a lien
**2020 Optima**

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

Describe the lien
**Auto PMSI**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 8 | **Frankenmuth Credit Union** | | | $7,463.79 | $7,463.79 |
|---|---|---|---|---|---|

**Frankenmuth Credit Union**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 Forte**

**P.O. Box 209**
**Frankenmuth, MI 48734**
Creditor's mailing address

Describe the lien
**Auto PMSI**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 11

Debtor  **Wholesale Car Buying LLC**　　　　　　　　　　　Case number (if known) _____

Name

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>9 | **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $7,706.30 | $7,706.30 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**

**2018 Chevy Pacifica**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>0 | **Frankenmuth Credit Union** | **Describe debtor's property that is subject to a lien** | $4,284.66 | $4,284.66 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209**
**Frankenmuth, MI 48734**

**2017 Chevy Cruze**

Creditor's mailing address

**Describe the lien**
**Auto PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Wholesale Car Buying LLC**
Name                                                    Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $3,600.57 | $3,600.57 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209
Frankenmuth, MI 48734**
Creditor's mailing address

**2016 Ford Focus**

Describe the lien
**Auto PMSI**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Frankenmuth Credit Union** | Describe debtor's property that is subject to a lien | $10,237.56 | $10,237.56 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209
Frankenmuth, MI 48734**
Creditor's mailing address

**2020 Toyota Corolla**

Describe the lien
**Auto PMSI**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Nextgear Capital Inc** | Describe debtor's property that is subject to a lien | $122,000.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**11799 N. College Ave
Carmel, IN 46032**
Creditor's mailing address

**10 vehicles/floor plan**

Describe the lien
**Auto PMSI**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 11

Debtor   **Wholesale Car Buying LLC**                    Case number (if known) _____
_____
Name

jacob.clemons@coxautoin
c.com                                          **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ☐ No
                                               ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.2 4 | **SBA** | | | |
|---|---|---|---|---|

Creditor's Name                               **Describe debtor's property that is subject to a lien**   $75,000.00   $34,600.00
**801 Tom Martin Dr.**                        **all asset filing**
**Ste. 120**
**Birmingham, AL 35211**
Creditor's mailing address                    **Describe the lien**
                                               **all asset filing**
                                               **Is the creditor an insider or related party?**
                                               ■ No
_____               ☐ Yes
Creditor's email address, if known            **Is anyone else liable on this claim?**
                                               ☐ No
**Date debt was incurred**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.2 5 | **Thoro Corp** | | | |
|---|---|---|---|---|

Creditor's Name                               **Describe debtor's property that is subject to a lien**   $60,000.00   $0.00
**800 SE 4th Ave., Ste. 601**                 **all asset filing**
**Hallandale Beach, FL 33009**
Creditor's mailing address                    **Describe the lien**
                                               **mca loan**
                                               **Is the creditor an insider or related party?**
info@thorocorp.com                            ■ No
_____               ☐ Yes
Creditor's email address, if known            **Is anyone else liable on this claim?**
                                               ☐ No
**Date debt was incurred**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

---

| Debtor | **Wholesale Car Buying LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>6 | **Westgate Resorts** | Describe debtor's property that is subject to a lien | $64,000.00 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **time share** | | |

**5601  Windhover Drive**
**Orlando, FL 32819**

Creditor's mailing address

Describe the lien
**Time share**

**general_accounting@logre**
**sorts.com**

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,231,678.8<br>4 |
|---|---|---|

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Wholesale Car Buying LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Bridge IT Loans/Affluence Counseling**<br>**491 N. Bluff St. Ste 201**<br>**Saint George, UT 84770**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __all asset filing__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,750.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Frankenmuth Credit Union**<br>**P.O. Box 209**<br>**Frankenmuth, MI 48734**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __credit card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,227.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Torro & Marker Law**<br>**350 Falconridge Parkway, STE 400**<br>**Mesquite, NV 89027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __collection__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |

35883

| Debtor | **Wholesale Car Buying LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**US Bank**
**PO BOX 130**
**Hillsboro, OH 45133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **credit card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**Vauto**
**3400 Newhyde Park Road**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **collection**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 111,077.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 111,077.00 |

**Fill in this information to identify the case:**

Debtor name **Wholesale Car Buying LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **Frankenmuth Credit Union** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **SBA** | ■ D  **2.24**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **Nextgear Capital Inc** | ■ D  **2.23**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **Atipana Credit Fund** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **First Choice Financial** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Wholesale Car Buying LLC** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| 2.6 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **BCA Capital** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **Thoro Corp** | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **AFC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **Bridge IT Loans/Affluence Counseling** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Wholesale Car Buying LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN - EDMI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$20,000.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,800,000.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,700,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Wholesale Car Buying LLC**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Atipana Credit Fund v Wholesale Buying LLC** | collection | **Monroe County New York Court 99 Exchange Blvd. Hall of Justice, 3rd Floor , Rm 360 Rochester, NY 14614** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Wholesale Car Buying LLC**    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Bankruptcy Law Office<br>2425 S. Linden Rd.<br>Ste. C<br>Flint, MI 48532** | | **1/25** | **$8,278.00** |
| | **Email or website address<br>geolaw85@aol.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
| --- | --- | --- |

**Part 8:    Health Care Bankruptcies**

Debtor     **Wholesale Car Buying LLC**                           Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

<span style="background:black;color:white">Part 9:</span>   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<span style="background:black;color:white">Part 10:</span>   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

<span style="background:black;color:white">Part 11:</span>   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Wholesale Car Buying, LLC<br>3305 E. Washington Rd.<br>Saginaw, MI 48601** | **Whole sale of vehicles, retail sales of vehicles, Vehicle rental of vehicles** | EIN:  81-3008876<br><br>From-To  **2016-present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

Debtor  **Wholesale Car Buying LLC**                                   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Robinson** | **403 S. Granger Saginaw, MI 48602** | **owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Christopher Robinson 403 S. Granger Saginaw, MI 48602** | **$36,000** | **over last year** | **salary** |
| | Relationship to debtor | | | |

Debtor    **Wholesale Car Buying LLC** _____    Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2025** _____

**/s/ Christoper Robinson** _____          **Christoper Robinson** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re **Wholesale Car Buying LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 13, 2025**

Signature **/s/ Christoper Robinson**

**Christoper Robinson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan - EMDI

In re **Wholesale Car Buying LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 13, 2025**

**/s/ Christoper Robinson**
**Christoper Robinson**/owner
Signer/Title

George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Rd.
Ste. C
Flint, MI 48532


IRS-Special Procedures
P.O.BOX 330500
Stop 15
Detroit, MI 48232


Attorney General
Law Building
525 Ottawa
Lansing, MI 48913


U.S. Attorney
Attn: Civil Division
210 Federal Building
600 Church Street
Flint, MI 48502


U.S. Trustee
211 West Fort Street
Ste. 700
Detroit, MI 48226


AFC
11299 illinois St.
Carmel, IN 46032


Atipana Credit Fund
25 SE 2nd Ave., Ste. 550
PMB 79
Miami, FL 33131


BCA Capital
100 Merrick Rd. #W212
Rockville Centre, NY 11570


Bridge IT Loans/Affluence Counseling
491 N. Bluff St. Ste 201
Saint George, UT 84770

Chase Card Services
P.O. Box 94014
Palatine, IL 60094


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


Christopher Robinson
403 S. Granger
Saginaw, MI 48602


First Choice Financial
2505 Ardmore Street SE
Grand Rapids, MI 49506

```
Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734
```

Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Frankenmuth Credit Union
P.O. Box 209
Frankenmuth, MI 48734


Nextgear Capital Inc
11799 N. College Ave
Carmel, IN 46032


SBA
801 Tom Martin Dr.
Ste. 120
Birmingham, AL 35211


Thoro Corp
800 SE 4th Ave., Ste. 601
Hallandale Beach, FL 33009

Torro & Marker Law
350 Falconridge Parkway, STE 400
Mesquite, NV 89027


US Bank
PO BOX 130
Hillsboro, OH 45133


Vauto
3400 Newhyde Park Road
New Hyde Park, NY 11042


Westgate Resorts
5601 Windhover Drive
Orlando, FL 32819